IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DENNIS RAY PINSON, #1898277 §

v. § CIVIL ACTION NO. 6:17cv31

DIRECTOR, TDCJ-CID §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

Petitioner Dennis Ray Pinson ("Pinson") filed this petition for writ of habeas corpus under 28 U.S.C. § 2254 alleging the illegality of his conviction. The cause of action was referred for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

After reviewing the pleadings in this case, the Magistrate Judge issued a Report, (Dkt. #22), recommending that his petition be dismissed with prejudice and that a certificate of appealability be denied. A copy of this Report was sent to Pinson at his address; return receipt requested. The docket shows that Pinson received a copy of the Report on February 7, 2018. However, to date, no objections have been filed.

Accordingly, Pinson is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243

1

(1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly it is

**ORDERED** that the Report of the Magistrate Judge, (Dkt. #22), is **ADOPTED** as the opinion of the Court. Moreover, it is

**ORDERED** that Petitioner's petition for a writ of habeas corpus is **DIMISSED** with prejudice. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **12** day of **March, 2018.**

_____
Ron Clark, United States District Judge